IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE THORPE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV150 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | ORDER |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This is a social security appeal. Now that an answer has been filed and the record deposited with the clerk of the court, this case should be progressed. Accordingly,

IT IS ORDERED that:

1. This case shall be resolved as if cross-motions for summary judgment have been filed, and the clerk of the court is directed to make appropriate entries into the court's computer-assisted record keeping system to show on the court's motion list that this case is pending on cross-motions for summary judgment and the following briefing dates have been established;

2. Plaintiff shall file a brief by July 7, 2005;

3. Defendant shall file a brief by August 5, 2005;

4. Plaintiff may file a reply brief by August 19, 2005; and

5. This case shall be ripe for decision on August 22, 2005.

DATED this 6th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge