```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

BEATRICE THORPE,                )
                                )
            Plaintiff,           )        8:05CV150
                                )
      v.                         )
                                )
JO ANNE B. BARNHART,             )        MEMORANDUM AND ORDER
Commissioner of the Social       )
Security Administration,         )
                                )
            Defendant.           )

Plaintiff has filed an application for attorneys fees in the amount of $1,348.05 and reimbursement of the filing fee of $250.00.  The government has responded that it agrees with the plaintiff's requests.

As do I.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff is awarded the sum of $250.00 in costs and $1,348.05 in attorneys fees, pursuant to 28 U.S.C. 2412(a)(1) and (d)(2)(A), and the judgment is amended accordingly.

DATED this 2nd day of September, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge