```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BEATRICE THORPE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV150 |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | JUDGMENT |
| Commissioner of the Social | ) | NUNC PRO TUNC |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

The judgment of July 28, 2005, filing 16, is amended only as to the title of this case and is otherwise the same:

Pursuant to the court's Memorandum and Order issued this date, judgment in this case is hereby entered providing that, pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed and remanded in order to allow the Administrative Law Judge to obtain testimony from a Medical Expert (ME), who is a mental health professional concerning the claimant's mental limitations, if any, as they existed on and prior to December 31, 1999, and, if necessary, additional testimony from a vocational expert.

DATED this 28th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge